BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| Martha Villa,<br><br>    Plaintiff,<br><br>        v.<br><br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 12-cv-00094-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO FILE BRIEF** |

1

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time, up to August 15, 2012, to file the responsive brief. This extension is requested due to the heavy workload of Defendant's counsel.

                          Respectfully submitted,

                          /s/ Peter Brixie*
                          PETER BRIXIE
                          Plaintiff's Attorney
                          * by Armand Roth by authorization of 7/2/12

                          BENJAMIN B. WAGNER
                          United States Attorney
                          DONNA L. CALVERT
                          Acting Regional Chief Counsel, Region IX
                          Social Security Administration

Dated: July 2, 2012            /s/ Armand D. Roth
                          ARMAND D. ROTH)
                          Special Assistant U.S. Attorney

                          Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated: July 3, 2012

                          _____
                          CAROLYN K. DELANEY
                          UNITED STATES MAGISTRATE JUDGE