BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| Martha Villa,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 12-cv-00094-CKD<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING TIME FOR**<br>**DEFENDANT TO FILE BRIEF** |

1

1
2  IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the
3  approval of the Court, that Defendant shall have a 30-day extension of time, up to August 15,
4  2012, to file the responsive brief.  This extension is requested due to the heavy workload of
5  Defendant's counsel.
6                                        Respectfully submitted,
7
8  /s/ Peter Brixie*
   PETER BRIXIE
9  Plaintiff's Attorney
   * by Armand Roth by authorization of 7/2/12
10
11 BENJAMIN B. WAGNER
   United States Attorney
12 DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
13 Social Security Administration
14
15 Dated: July 2, 2012            /s/ Armand D. Roth
                                  ARMAND D. ROTH)
16                                Special Assistant U.S. Attorney
17                                Attorneys for Defendant
18
19
20 PURSUANT TO THE STIPULATION, IT IS SO ORDERED
21
22 Dated: July 3, 2012
23                                 _____
24                                 CAROLYN K. DELANEY
                                   UNITED STATES MAGISTRATE JUDGE
25
26
27
28

2